AO91 (Rev. 12/03) Criminal Complaint  Felony  AUSA

United States District Court
Southern District of Texas
FILED

JAN - 9 2020

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| Abel MOLINA-Cardenas<br>A087 594 091 Mexico | Case Number: B-20-MJ-119 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **January 08, 2020** in **Cameron** County, in the **Southern District Of Texas** defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)/(b)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on January 08, 2020. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on 08/30/2019. The defendant was convicted of Alien Unlawfully Found in the United States After Deportation on 03/14/2018. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had no funds.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

_____
Signature of Complainant

Imbacuan, Gilbert D.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 09, 2020                                        at   Brownsville, Texas
Date                                                          City/State

Ronald G. Morgan        U.S. Magistrate Judge        _____
Name of Judge           Title of Judge               Signature of Judge